IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20015
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESUS VALDIVIA PEÑA, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-265-1
- - - - - - - - - -
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Jesus Valdivia Peña, Jr., has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967).  Our independent review of the brief and the record

discloses no nonfrivolous issue.  Accordingly, counsel is excused

from further responsibilities herein, and the APPEAL IS

DISMISSED.  See 5th Cir. R. 42.2.

_____

        [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.